UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff,

vs.

KRAFT FOODS dba MAXWELL HOUSE, *et al.,*

    Defendant.

Case No. 2:16-cv-00042-MMD-GWF

**ORDER**

   This matter is before the Court on Plaintiff's Motion for Appointment of Counsel (#5) and Motion for Status Check (#6), filed on February 22, 2016.

   Plaintiff filed an Application for Leave to Proceed *In Forma Pauperis* (#3) on February 4, 2016. Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's motion is premature as litigation of this matter has not yet commenced. Accordingly,

   **IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (#5) and Motion for Status Check (#6) are **denied** without prejudice as premature.

   DATED this 24th day of February, 2016.

                     _____
                     GEORGE FOLEY, JR.
                     United States Magistrate Judge