# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | Case No. 2:16-cv-00042-MMD-GWF |
| vs. | **ORDER** |
| KRAFT FOODS dba MAXWELL HOUSE, *et al.,* | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Request for Screening Order (ECF No. 4), filed on February 4, 2016. Also before the Court are Plaintiff's Request for Screening Order (ECF No. 8), filed on May 6, 2016 and Motion for Screening Order (ECF No. 11), filed on August 17, 2016.

Plaintiff filed an Application for Leave to Proceed *In Forma Pauperis* (ECF No. 3) on February 4, 2016. Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Request for Screening Order (ECF No. 4), Request for Screening Order (ECF No. 8), and Motion for Screening Order (ECF No. 11) are **granted**. The Court will enter a screening order in due course.

DATED this 22nd day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge