# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

        Plaintiff,

vs.

KRAFT FOODS dba MAXWELL HOUSE, *et al.,*

        Defendant.

Case No. 2:16-cv-00042-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel (ECF No. 16), filed on October 20, 2016, Plaintiff's Motion for an Order to Show Cause (ECF No. 17), filed on November 2, 2016 and Motion for Status Check (ECF No. 19), filed on May 8, 2017.

Plaintiff filed a revised Application for Leave to Proceed *In Forma Pauperis* (ECF No. 15) on October 17, 2016. Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's motion for appointment of attorney and motion for an order to show cause are premature as litigation of this matter has not yet commenced. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 16) and Motion for an Order to Show Cause (ECF No. 17) are **denied** without prejudice as premature.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Status Check (ECF No. 19) is **granted**.

DATED this 17th day of August, 2017.

                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge