# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff,

vs.

KRAFT FOODS dba MAXWELL HOUSE, *et al.*,

    Defendants.

Case No. 2:16-cv-00042-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Request for Mediation Hearing Pending Dispositive Motions (ECF No. 35), filed on January 22, 2018. Defendant filed an Opposition (ECF No. 37) on January 24, 2018. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Mediation Hearing Pending Dispositive Motions (ECF No. 35) is **denied**.

DATED this 25th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge